# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHERMAN CRAYTON FLUELLEN,<br>Petitioner, | Civil Action No. 14-cv-91 Erie |
| v. | District Judge Mark R. Hornak |
| BOBBY L. MEEKS,<br>Respondent. | |

## MEMORANDUM ORDER

This habeas action filed by federal prisoner Sherman Crayton Fluellen pursuant to 28 U.S.C. § 2241 was referred to United States Magistrate Judge Susan Paradise Baxter for a report and recommendation in accordance with 28 U.S.C. § 636(b)(1) and Rule 72 of the Local Rules for Magistrate Judges. On February 27, 2015, the Magistrate Judge issued a Report and Recommendation (ECF No. 7) in which she recommended that the petition be dismissed for lack of subject matter jurisdiction. Petitioner was served with the Report and Recommendation at his address of record and he was advised that he had until March 16, 2015 to file objections to it. Petitioner did not file objections, and he has not sought an extension of time in which to do so.

After *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 8th day of April, 2015:

**IT IS HEREBY ORDERED** that the petition for a writ of habeas corpus is **DISMISSED FOR LACK OF JURISDICTION.**

**IT IS FURTHER ORDERED** that the Report and Recommendation (ECF No. 7) is **ADOPTED** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Clerk of Court mark this case **CLOSED**.

BY THE COURT:

/s/ Mark R. Hornak

Mark R. Hornak
United States District Judge

cc: Sherman Crayton Fluellen
31381-160
FCI McKean
PO Box 8000
Bradford, PA 16701
(via U.S. First Class Mail)

Amie S. Murphy
United States Attorney's Office
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
(via CM/ECF electronic notification)